JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUE21, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-CV-00431-MFW-(MRWx)<br><br>*Honorable Michael W. Fitzgerald, Presiding*<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

## **ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed *with* prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: October 24, 2016

_____
The Honorable Michael W. Fitzgerald
United States District Judge